210-220-230 OWNERS CORP., Respondent, v JOHN DERAFFELE, Appellant.

Submitted July 16, 2007; decided October 11, 2007

Reported below, 33 AD3d 788.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 8 NY3d 815 (2007)].

MARIE C. VAVAL, Appellant, v NYRAC, INC., et al., Respondents.

Submitted July 23, 2007; decided October 11, 2007

Reported below, 2007 NY Slip Op 63481(U).

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 1020 (2007)].

VIGILANT INSURANCE COMPANY et al., Appellants, v THE BEAR STEARNS COMPANIES, INC., Respondent.

Submitted October 1, 2007; decided October 11, 2007

Reported below, 34 AD3d 300.

Motion by Securities and Exchange Commission for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served, 24 copies filed and the CPLR 8022 motion fee paid within seven days.

TANYA WEBB, Respondent, v NEW YORK METHODIST HOSPITAL et al., Appellants.

Submitted October 9, 2007; decided October 11, 2007

Reported below, 35 AD3d 457.

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.